IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES MAXWELL, § | |
| § | |
| *Pro Se* Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION H-09-4038 |
| § | |
| CHASE HOME FINANCE LLC, DOES § | |
| 1-50, and U.S. BANK NATIONAL § | |
| ASSOCIATION J.P. MORGAN § | |
| MORTGAGE, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Opinion and Order filed on this day, the Court

ORDERS that the above referenced cause is DISMISSED with prejudice.

**SIGNED** at Houston, Texas, this 19th day of January, 2011.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE